The CINCINNATI GAS & ELECTRIC COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 4540.

Circuit Court of Appeals, Fourth Circuit.

Aug. 31, 1939.

Richard H. Wilmer and Douglas L. Hatch, both of Washington, D. C., and R. H. Ritterbush, of New York City, for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Cause docketed and dismissed on motion of petitioner, consented to by respondent. Order filed.

John A. DEVENDOR and William A. Devendor, Plaintiffs-Appellants, v. C. & C. BUTTON & TRIMMING COMPANY, Inc., Defendant-Appellee.

No. 382.

Circuit Court of Appeals, Second Circuit.

June 30, 1939.

Clarence M. Crews, of New York City, for appellants.

Samuel E. Darby, Jr., of New York City (Donald J. Overocker, of New York City, of counsel), for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, D. C., 27 F.Supp. 38.

COLUMBIA GAS & ELECTRIC CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 4539.

Circuit Court of Appeals, Fourth Circuit.

Aug. 31, 1939.

Richard H. Wilmer and Douglas L. Hatch, both of Washington, D. C., and R. H. Ritterbush, of New York City, for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Cause docketed and dismissed on motion of petitioner, consented to by respondent. Order filed.